UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 20 PM 12:06
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Leticia ESPARZA-Gonzalez,**

Defendant

) Magistrate Docket No. 08 MJ 2568

) COMPLAINT FOR VIOLATION OF:

) Title 8, U.S.C., Section 1326
) Deported Alien Found in the
) United States

The undersigned complainant, being duly sworn, states:

On or about **August 18, 2008** within the Southern District of California, defendant, **Leticia ESPARZA-Gonzalez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **AUGUST, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

8/18/08

coc

**CONTINUATION OF COMPLAINT:**
**Leticia ESPARZA-Gonzalez**

## PROBABLE CAUSE STATEMENT

On August 18, 2008, Border Patrol Agent R. Ewers was performing his assigned duties in the Campo Station area of operations. At approximately 12:30 p.m., Agent Ewers responded to a seismic intrusion device Northeast of the Tecate, California Port of Entry.

Upon arrival in the area, Agent Ewers observed fresh footprints on a trail. Agent Ewers followed the footprints until he encountered four individuals attempting to conceal themselves in the surrounding brush. Agent Ewers approached the four individuals and identified himself as a United States Border Patrol Agent. He then questioned each individual as to their immigration status. All individuals, including one later identified as defendant **Leticia ESPARZA-Gonzalez**, stated that they were citizens and nationals of Mexico without any documents allowing them to enter or remain legally in the United States. All four individuals were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 31, 2008** through **San Ysidro, Califonia.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.